| | |
|---|---|
| 1 | BAKER MARQUART LLP |
| | Ryan Baker (Bar No. 214036) |
| 2 |   rbaker@bakermarquart.com |
| 3 | Donald Pepperman (Bar No. 109809) |
| |   dpepperman@bakermarquart.com |
| 4 | Scott Malzahn (Bar No. 229204) |
| 5 |   smalzahn@bakermarquart.com |
| | Teresa L. Huggins (Bar No. 263257) |
| 6 |   thuggins@bakermarquart.com |
| 7 | 777 S. Figueroa St., Suite 2850 |
| | Los Angeles, California 90017 |
| 8 | Telephone: (424) 652-7800 |
| 9 | Facsimile: (424) 652-7850 |

*Attorneys for Defendant Carsten Breitfeld*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| BYTON NORTH AMERICA CORPORATION, a Delaware corporation; and BYTON LIMITED, a Hong Kong company,<br><br>    Plaintiffs,<br><br>    v.<br><br>ICONIQ MOTORS NORTH AMERICA, INC., a California corporation; CARSTEN BREITFELD, an individual; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2-19-cv-10563<br><br>**(CORRECTED) DEFENDANT CARSTEN BREITFELD'S DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1** |

1  Defendant Carsten Breitfeld ("Breitfeld") submits, pursuant to Rule 7.1 of the
2  Federal Rules of Civil Procedure the following corporate disclosure statement.
3  Counsel for Breitfeld states that Breitfeld is an individual and therefore has no stock
4  nor does any corporation own any interest.

7  Dated: December 13, 2019   BAKER MARQUART, LLP

By: _____
Ryan G. Baker

*Attorneys for Defendant
Carsten Breitfeld*

1
DEFENDANT CARSTEN BREITFELD'S DISCLOSURE STATEMENT