MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
 jnadolenco@mayerbrown.com
RUTH ZADIKANY (SBN 260288)
 rzadikany@mayerbrown.com
ALEXANDER VITRUK (SBN 315756)
 avitruk@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071
Telephone:  (213) 229-9500
Facsimile:  (213) 625-0248

Attorneys for Plaintiffs
Byton North America Corporation and
Byton Limited

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| BYTON NORTH AMERICA CORPORATION, a Delaware corporation; and BYTON LIMITED, a Hong Kong company,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ICONIQ MOTORS NORTH AMERICA, INC., a California corporation; CARSTEN BREITFELD, an individual; and DOES 1 THROUGH 25 INCLUSIVE,<br><br>　　　　Defendants. | Case No.: 2-19-cv-10563-DMG-JEM<br><br>**PLAINTIFF BYTON NORTH AMERICA CORPORATION'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. PROC. R. 7.1** |

1  Plaintiff Byton North America Corporation submits, pursuant to Rule 7.1 of
2  the Federal Rules of Civil Procedure, the following corporate disclosure statement:
3  The parent corporation of Byton North America Corporation is Byton
4  Limited, a privately-held Hong Kong company. No publicly-held corporation owns
5  10% or more of Byton North America Corporation's stock.

8  Dated: December 19, 2019        MAYER BROWN LLP

10                                  By: /s/ John Nadolenco
                                        John Nadolenco

11                                  Attorneys for Plaintiffs
12                                  Byton North America Corporation and
                                    Byton Limited