MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
 *jnadolenco@mayerbrown.com*
RUTH ZADIKANY (SBN 260288)
 *rzadikany@mayerbrown.com*
ALEXANDER VITRUK (SBN 315756)
 *avitruk@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071
Telephone:   (213) 229-9500
Facsimile:    (213) 625-0248

Attorneys for Plaintiffs
Byton North America Corporation and
Byton Limited

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| BYTON NORTH AMERICA CORPORATION, a Delaware corporation; and BYTON LIMITED, a Hong Kong company,<br><br>                    Plaintiffs,<br><br>         v.<br><br>ICONIQ MOTORS NORTH AMERICA, INC., a California corporation; CARSTEN BREITFELD, an individual; and DOES 1 THROUGH 25 INCLUSIVE,<br><br>                    Defendants. | Case No.: 2-19-cv-10563-DMG-JEM<br><br>**PLAINTIFF BYTON LIMITED'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. PROC. R. 7.1** |

Plaintiff Byton Limited submits, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the following corporate disclosure statement:

The parent corporation of Byton Limited is FMC Cayman, a privately-held company. No publicly-held corporation owns 10% or more of Byton Limited's stock.

Dated: December 19, 2019         MAYER BROWN LLP

By: /s/ John Nadolenco
       John Nadolenco

Attorneys for Plaintiffs
Byton North America Corporation and
Byton Limited