MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
 jnadolenco@mayerbrown.com
RUTH ZADIKANY (SBN 260288)
 rzadikany@mayerwn.com
ALEXANDER VITRUK (SBN 315756)
 avitruk@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, California 90071-1503
Telephone:  (213) 229-9500
Facsimile:   (213) 625-0248

*Attorneys for Plaintiffs*
*Byton North America Corporation and*
*Byton Limited*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BYTON NORTH AMERICA CORPORATION, a Delaware corporation; and BYTON LIMITED, a Hong Kong company,<br><br>Plaintiffs,<br><br>vs.<br><br>ICONIQ MOTORS NORTH AMERICA, INC., a California corporation; CARSTEN BREITFELD, an individual; and DOES 1 THROUGH 25 INCLUSIVE,<br><br>Defendants. | Case No. 2-19-cv-10563-DMG-JEM<br><br>**PLAINTIFFS'** ***EX PARTE*** **APPLICATION FOR ORDER EXTENDING DEADLINE TO AMEND PLEADINGS OR ADD PARTIES [L.R. 7-19]**<br><br>[*Memorandum of Points and Authorities, Declaration of Alexander Vitruk, and Proposed Order filed concurrently.*]<br><br>Judge: Hon. Dolly M. Gee<br>Dept.: 8C<br><br>Action Filed: August 28, 2019<br>Trial Date: August 17, 2021 |

**TO THE COURT, DEFENDANTS, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs Byton North America Corporation and Byton Limited (collectively, "Byton" or "Plaintiffs"), submit this *Ex Parte* Application for Order Extending Deadline To Amend Pleadings or Add Parties in the above-captioned action from July 31, 2020 to September 30, 2020 (*i.e.*, for a 60-day extension).

Byton brings this Application *ex parte* because Defendants would not stipulate to the requested relief, and the deadline to move to amend pleadings or add parties is fast-approaching on July 2, 2020 under L.R. 6-1.

Good cause exists for the requested relief because (1) the ongoing and resurgent COVID-19 pandemic in the United States and Asia has resulted in travel bans, stay-at-home orders, office closures, and restricted access policies that have posed significant difficulties in this matter; (2) Byton intends to file motions to dismiss Defendant Carsten Breitfeld's Counterclaims, which may result in further amendment to the pleadings; (3) Despite multiple followups, Defendant ICONIQ Motors North America, Inc. has produced only one document; and (4) The parties are in the process of negotiating a protective order and ESI protocol.

Pursuant to Local Rule 7-19, counsel for Defendant Breitfeld, Ryan Baker, may be contacted at (424) 652-7800 or rbaker@bakermarquart.com. The address of Mr. Baker's firm, Baker Marquart LLP, is 777 S. Figueroa St., Suite 2850, Los Angeles, CA 90017. Counsel for Defendant ICONIQ Motors North America, Inc., Kenneth I. Gross, may be contacted at (213) 784-4232 or kgross@kigrosslaw.com. The address of Mr. Gross' firm, Kenneth I. Gross & Associates, is 849 S. Broadway Ste. 504, Los Angeles, CA 90014.

Finally, as averred in the accompanying declaration, Byton's counsel provided notice of this *Ex Parte* Application as required by L.R. 7-19, and served by email, copies of each of the documents filed in support of this Application.

Dated: June 29, 2020

Respectfully submitted,

MAYER BROWN LLP

By: */s/ Alexander Vitruk*
     Alexander Vitruk

*Attorneys for Plaintiffs Byton North America Corporation and Byton Limited*

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. Good Cause Exists for a 60-Day of Extension of the Deadline to Amend Pleadings or Add Parties.

This Court may extend the parties' deadline to amend pleadings or add parties for good cause. *See* Fed. R. Civ. P. 6(b)(1)(A) ("When an act may or must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires.")

Good cause exists to extend the deadline to amend pleadings or add parties for at least four independent reasons:

First, the ongoing and resurgent COVID-19 pandemic in the United States and Asia has resulted in travel bans, stay-at-home orders, office closures, and restricted access policies that have posed significant difficulties in this matter. In addition, Plaintiff Byton Limited is located in Hong Kong and operates 15 hours ahead of Pacific Standard Time in California where this case is venued and where Plaintiffs' counsel is located. This significant time difference coupled with remote-work challenges has posed unprecedented challenges and delays in this matter.

Second, on May 19, 2020, Defendant Carsten Breitfeld ("Breitfeld") filed an Answer and Counterclaims against Plaintiffs. *See* ECF No. 33. Plaintiffs intend to file motions to dismiss Breitfeld's Answer and/or Counterclaims, which may result in further amendment to the pleadings.

Third, Defendant ICONIQ Motors North America, Inc. ("Iconiq") has produced only one document to date, despite multiple followups from Plaintiffs' counsel. That document indicates that the addition of another party may be necessary, but Plaintiffs require further information and documents from Iconiq before deciding whether to add such party. Plaintiffs' counsel and Iconiq's counsel are in continued communications in an effort to avoid discovery motion practice.

Finally, the parties are in the process of negotiating a protective order and ESI protocol, but that process has been delayed by the aforementioned difficulties posed by the COVID-19 pandemic.

Counsel for Plaintiffs inquired on June 17, 2020, and again on June 25, 2020, as to whether Defendants would stipulate to the requested relief. Neither Defendant would agree to stipulate. Subsequently, Plaintiffs' counsel telephonically informed Defendants' counsel that Plaintiffs would seek an extension from the Court on an *ex parte* basis. *See* Declaration of Alexander Vitruk, ¶¶ 2-3. Iconiq's counsel indicated that his client would not file a written opposition, and Breitfeld's counsel did not indicate one way or the other. *Id.*

Following Plaintiffs' good faith but futile attempts to reach a stipulated extension with Defendants, Plaintiffs now seek emergency relief because the deadline to file a motion for leave to amend pleadings or add parties is *this Thursday, July 2, 2020* under L.R. 6-1. An extension of this deadline will not alter the date of any event or deadlines in this case, nor would it prejudice any party.

## II. Conclusion

For the foregoing reasons, and for good cause shown, Plaintiffs respectfully request that the Court grant the *Ex Parte* Application and extend the present July 31, 2020 deadline to amend pleadings or add parties to September 30, 2020.

Dated: June 29, 2020

Respectfully submitted,

MAYER BROWN LLP

By: */s/ Alexander Vitruk*
Alexander Vitruk

*Attorneys for Plaintiffs Byton North America Corporation and Byton Limited*