MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
 jnadolenco@mayerbrown.com
RUTH ZADIKANY (SBN 260288)
 rzadikany@mayerwn.com
ALEXANDER VITRUK (SBN 315756)
 avitruk@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, California 90071-1503
Telephone:  (213) 229-9500
Facsimile:   (213) 625-0248

*Attorneys for Plaintiffs
Byton North America Corporation and
Byton Limited*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BYTON NORTH AMERICA CORPORATION, a Delaware corporation; and BYTON LIMITED, a Hong Kong company,<br><br>Plaintiffs,<br><br>vs.<br><br>ICONIQ MOTORS NORTH AMERICA, INC., a California corporation; CARSTEN BREITFELD, an individual; and DOES 1 THROUGH 25 INCLUSIVE,<br><br>Defendants. | Case No. 2-19-cv-10563-DMG-JEM<br><br>**DECLARATION OF ALEXANDER VITRUK IN SUPPORT OF PLAINTIFFS'** *EX PARTE* **APPLICATION FOR ORDER EXTENDING DEADLINE TO AMEND PLEADINGS OR ADD PARTIES [L.R. 7-19]**<br><br>[*Ex Parte Application, Memorandum of Points and Authorities, and Proposed Order filed concurrently.*]<br><br>Judge: Hon. Dolly M. Gee<br>Dept.: 8C<br><br>Action Filed: August 28, 2019<br>Trial Date: August 17, 2021 |

# DECLARATION OF ALEXANDER VITRUK

I, Alexander Vitruk, declare as follows:

1.     I am an associate in the law firm of Mayer Brown LLP and counsel for Plaintiffs Byton North America Corporation and Byton Limited (collectively, "Byton") in this action. I make this declaration in support of Byton's *Ex Parte* Application for Order Extending Deadline to Amend Pleadings or Add Parties. I have personal knowledge of the facts stated herein and, if called upon, would and could testify competently to those facts.

2.     On or about 4:00 P.M. on June 25, 2020, I telephonically contacted and advised Ryan Baker and his colleagues, counsel for Defendant Carsten Breitfeld, of the date and substance of Plaintiffs' proposed *Ex Parte* Application, and inquired whether Mr. Baker's client would oppose the application. Mr. Baker did not indicate whether his client would, or would not, oppose the *Ex Parte* Application.

3.     On or about 9:28 A.M. on June 26, 2020, I telephonically contacted and advised Kenneth I. Gross, counsel for Defendant ICONIQ Motors North America, Inc., of the date and substance of Plaintiffs' proposed *Ex Parte* Application, and inquired whether Mr. Gross' client would oppose the application. Mr. Gross indicated that his client would not oppose the *Ex Parte* Application.

4.     On June 29, 2020, just before filing the *Ex Parte* Application papers, I served copies of them on opposing counsel and notified opposing counsel that any opposition must be filed not later than 24 hours after the service of the application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 29, 2020 at Marina del Rey, California.

_____

Alexander Vitruk