**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| BYTON NORTH AMERICA CORPORATION, a Delaware corporation; and BYTON LIMITED, a Hong Kong company,<br><br>Plaintiffs,<br><br>vs.<br><br>ICONIQ MOTORS NORTH AMERICA, INC., a California corporation; CARSTEN BREITFELD, an individual; and DOES 1 THROUGH 25 INCLUSIVE,<br><br>Defendants. | Case No.: CV 19-10563-DMG (JEMx)<br><br>**ORDER GRANTING PLAINTIFFS'** ***EX PARTE*** **APPLICATION FOR ORDER EXTENDING DEADLINE TO AMEND PLEADINGS OR ADD PARTIES [L.R. 7-19] [36]** |

Plaintiffs Byton North America Corporation and Byton Limited have filed an *Ex Parte* Application for Order Extending Deadline to Amend Pleadings or Add Parties ("Application"). Defendants have not filed an opposition.

For good cause shown, the Application is GRANTED.

1. The deadline to amend pleadings or add parties is extended to **September 25, 2020** (includes the hearing of motions to amend).
2. All other case deadlines shall remain the same.
3. In the future, counsel shall avoid submitting requests for continuance or extension of time less than five court days prior to the expiration of the scheduled date. *See* Initial Standing Order at 11 [Doc. # 17]; Judge Gee's Procedures and Schedules at ¶ 7, United States District Court, Central District of California website.

**IT IS SO ORDERED.**

DATED: June 30, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1