1   MAYER BROWN LLP
    JOHN NADOLENCO (SBN 181128)
2    *jnadolenco@mayerbrown.com*
    RUTH ZADIKANY (SBN 260288)
3    *rzadikany@mayerbrown.com*
    ALEXANDER VITRUK (SBN 315756)
4    *avitruk@mayerbrown.com*
    350 South Grand Avenue, 25th Floor
5   Los Angeles, CA  90071-1503
    Telephone:(213) 229-9500
6   Facsimile: (213) 625-0248

7   Attorneys for Plaintiffs
    BYTON NORTH AMERICA CORPORATION and
8   BYTON LIMITED

9

10                  **UNITED STATES DISTRICT COURT**

11                  **CENTRAL DISTRICT OF CALIFORNIA**

12                        **WESTERN DIVISION**

13

| | |
|---|---|
| 14  BYTON NORTH AMERICA<br>CORPORATION, a Delaware<br>corporation; and BYTON LIMITED, a<br>15  Hong Kong company, | Case No. 2:19-cv-10563-DMG-JEM<br><br>[*Assigned to the Hon. Dolly M. Gee*] |
| 16              Plaintiffs, | **NOTICE OF MOTION TO** |
| 17       v. | **WITHDRAW AS COUNSEL OF**<br>**RECORD FOR PLAINTIFFS**<br>**BYTON NORTH AMERICA** |
| 18  ICONIQ MOTORS NORTH AMERCIA,<br>INC., a California corporation; CARSTEN<br>19  BREITFELD, an individual, and DOES 1<br>THROUGH 25 INCLUSIVE, | **CORPORATION AND BYTON**<br>**LIMITED**<br><br>DATE:      January 29, 2021 |
| 20              Defendants. | TIME:      9:30 a.m.<br>PLACE:   Courtroom 8C |

21

22

23

24

25

26

27

28

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 83-2.3, on January 29, 2021 at 9:30 a.m., or as soon as the matter may be heard by the Honorable Dolly M. Gee, whether virtually or in Courtroom 8C, located in the United States Courthouse, 350 West 1st Street, Los Angeles, CA, 90012, Mayer Brown LLP ("Mayer Brown") will move the Court for an order allowing Mayer Brown to withdraw as counsel of record for Plaintiffs Byton North America Corporation and Byton Limited. Mayer Brown will file its motion on Tuesday, December 29, 2020.

Pursuant to Local Rule 83-2.3.2, Mayer Brown has provided written notice to Plaintiffs and, by this Notice, provides further written notice to all parties, through their respective counsel of record, of Mayer Brown's intent to withdraw as counsel. Furthermore, pursuant to Local Rule 83-2.3.4, Mayer Brown has informed Plaintiffs of the consequences of their inability, as organizations, to appear *pro se* before this Court.

Good cause exists to permit the withdrawal. As will be shown by the forthcoming motion and supporting documentation filed therewith, Plaintiffs have become nonresponsive to Mayer Brown's requests for instruction or information necessary to carry out its representation, despite Mayer Brown's repeated attempts at communication. Plaintiffs also have failed to remit payment for the legal services provided by Mayer Brown for several months, or to provide assurance of or arrangements for payment in the future. Because of Plaintiffs' failure to communicate with Mayer Brown concerning this action and failure to promptly pay Mayer Brown's invoices, it has become unreasonably difficult for Mayer Brown to carry out effective and competent representation.

///

///

///

///

1

1    The forthcoming motion will be based on this Notice of Motion; and on the

2  Motion, Memorandum of Points and Authorities, Declaration of Alexander Vitruk, and

3  documentary evidence to be filed on December 29, 2020; and on all pleadings and

4  documents on file in this case and oral argument as may be presented to the court.

5

6   Dated: December 22, 2020                    Respectfully submitted,

7                                               MAYER BROWN LLP

8

9                                               By:  */s/ John Nadolenco*

10                                                   John Nadolenco

11                                              Attorneys for Plaintiffs
                                                Byton North America Corporation and
12                                              Byton Limited

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28