Ryan Baker (Bar No. 214036)
  rbaker@waymakerlaw.com
Donald R. Pepperman (Bar No. 109809)
  dpepperman@waymakerlaw.com
Scott Malzahn (Bar No. 229204)
  smalzahn@waymakerlaw.com
Teresa L. Huggins (Bar No. 263257)
  thuggins@waymakerlaw.com
777 S. Figueroa St., Suite 2850
Los Angeles, California 90017
Telephone: (424) 652-7800
Facsimile: (424) 652-7850

*Attorneys for Defendant
Carsten Breitfeld*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| BYTON NORTH AMERICA CORPORATION, a Delaware corporation; and BYTON LIMITED, a Hong Kong company,<br><br>    Plaintiffs,<br><br>  v.<br><br>ICONIQ MOTORS NORTH AMERICA, INC., a California corporation; CARSTEN BREITFELD, an individual; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2-19-cv-10563<br><br>**DEFENDANT CARSTEN BREITFELD'S REQUEST FOR DISMISSAL**<br><br>Judge:  Honorable Dolly Gee<br>Courtroom:  8C |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on February 19, 2021, this Court issued an Order re Motion to Withdraw by Plaintiffs' Counsel ("Order"), granting Plaintiffs Byton Limited and Byton North America Corporation's (collectively, "Plaintiffs") counsel's motion for leave to withdraw as counsel.  (*See* Dkt. 59 (Order at 2), attached as Exhibit A.)  That Order required Plaintiffs to "file a notice of appearance of counsel by no later than March 26, 2021, providing the name, address, and telephone number of the attorney they have retained to represent them herein." (*Id.*)  The Order further stated that "failure to timely substitute counsel will result in dismissal of this action for lack of prosecution." (*Id.*)  As the Court noted in its Order, "[b]ecause Plaintiffs are a corporation and foreign company, they are not permitted to represent themselves, or to appear in court without a lawyer." (*Id.* (citing C.D. Cal. L.R. 83-2.2.2).)

Plaintiffs did not file the required notice of appearance of counsel.  Defendant Carsten Breitfeld therefore respectfully requests that, pursuant to its February 19, 2021 Order, the Court dismiss this action with prejudice for lack of prosecution and/or failure to comply with the Court's Order.

DATED:  April 23, 2021         WAYMAKER LLP

By: _____
Ryan G. Baker
*Attorneys for Defendant
Carsten Breitfeld*

- 1 -
DEFENDANT CARSTEN BREITFELD'S REQUEST FOR DISMISSAL